UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

UNITED STATES OF AMERICA,

        Plaintiff,

  v.

MARK TIMOTHY POOL,

        Defendant.

NO. CR. S-06-206 WBS

ORDER

----oo0oo----

Defendant has filed a Motion for Correction of Clerical Mistakes, pursuant to Rule 36 of the Federal Rules of Criminal Procedure. (Docket No. 32.) The court has reviewed the Judgment and Commitment (Docket No. 22), as well as the transcript of proceedings at sentencing (Docket No. 28), and finds no clerical errors therein.

At the time of sentencing, Judge Garcia informed defendant that "[t]he terms and conditions of your supervised release are those that appear on pages 19 and 20 of the probation officer's report, which will be given to you in writing."

1  (Reporter's Transcript, p. 15.)[1]  On page 20 of that report it
2  stated that "[t]he Court adopts the special conditions recommended
3  by the probation officer on pages 20 and 21 of the presentence
4  report and imposes all of those listed as special conditions."
5  Defendant was thus placed on notice of the special conditions of
6  which he now appears to complain he was not advised.
7           IT IS THEREFORE ORDERED that defendant's Motion for
8  Correction of Clerical Mistakes in the judgment be, and the same
9  hereby is, DENIED.
10 DATED:  May 10, 2013

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

---

[1] Defendant had previously advised the court that he had an opportunity to discuss the probation officer's report in detail with his attorney. (Id., p. 3.)

2