UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

UNITED STATES OF AMERICA,  NO. CR. 2:06-00206 WBS

      Plaintiff,

  v.  ORDER

MARK TIMOTHY POOL,

      Defendant.
_____/

----oo0oo----

      Defendant's Motion for Reconsideration (Docket No. 43) is DENIED. Even if his Motion for Judgment on the Pleadings were considered as something other than what it was entitled, for the reasons stated in this court's Order denying the motion, this court has no jurisdiction to grant the motion while defendant's appeal is pending in the Ninth Circuit.

DATED: July 3, 2013

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE